# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

　　　　　　　　v.　　　　　　　　　　　　　　Crim. No. 7:11-CR-71-1H

ANTHONY L. MARSHBURN

　　　　On April 11, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/ Van R. Freeman, Jr.
　　　　　　　　　　　　　　　　　　　　Van R. Freeman, Jr.
　　　　　　　　　　　　　　　　　　　　Deputy Chief U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2542
　　　　　　　　　　　　　　　　　　　　Executed On: August 25, 2020

## ORDER OF COURT

　　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this ___26th___ day of ___August___, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge